**SMILEY WANG-EKVALL, LLP**
Lei Lei Wang Ekvall, State Bar No. 163047
*lekvall@swelawfirm.com*
Kyra E. Andrassy, State Bar No. 207959
*kandrassy@swelawfirm.com*
Michael L. Simon, State Bar No. 300822
*msimon@swelawfirm.com*
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone: 714 445-1000
Facsimile: 714 445-1002

Counsel for Robert P. Mosier, Receiver

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>KENT R.E. WHITNEY, DAVID LEE PARRISH, THE CHURCH FOR THE HEALTHY SELF A/K/A CHS TRUST, AND CHS ASSET MANAGEMENT, INC.,<br><br>Defendants. | Case No. CV 19 80 125 MISC DMR<br><br>**NOTICE OF EXPANSION OF RECEIVERSHIP TO INCLUDE ADDITIONAL RECEIVERSHIP DEFENDANTS (iCARE FINANCIAL SOLUTION, INC. AND NGOC HA T. NGUYEN) PURSUANT TO 28 U.S.C. § 754** |

Pursuant to 28 U.S.C. § 754, Robert P. Mosier, the Court-appointed receiver (the "Receiver") for Kent R.E. Whitney, David Lee Parrish, The Church for the Healthy Self aka CHS Trust, and CHS Asset Management, Inc., gives notice of the expansion of the receivership to include two additional receivership defendants: iCare Financial Solution, Inc., and Ngoc Ha T. Nguyen. The Receiver files a copy of the following documents:

(1) Amended Complaint filed by the Securities and Exchange Commission, attached as Exhibit "1"; and

(2) Amended Order Appointing Receiver, attached as Exhibit "2."

Respectfully submitted,

DATED: September 18, 2019 SMILEY WANG-EKVALL, LLP

By: */s/ Kyra E. Andrassy*
Kyra E. Andrassy
Counsel for Robert P. Mosier, Receiver

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002